1  DANIEL J. MULLER, SBN 193396
   dmuller@venturahersey.com
2  VENTURA HERSEY & MULLER LLP
   1506 Hamilton Avenue
3  San Jose, California 95125
   Telephone:  (408) 512-3022
4  Facsimile:  (408) 512-3023

5  Attorneys for Plaintiff Christopher J. Verbil

6  James Y. Wu, SBN 213090
   James.Wu@quarles.com
7  QUARLES & BRADY LLP
8  1990 N. California Blvd., 8th Floor
   Walnut Creek, California 94596
9  Telephone:  (925) 658-0300
10 Facsimile:  (602) 417-2932

11 Counsel for Defendant Mesa Airlines, Inc.

12

13                IN THE UNITED STATES DISTRICT COURT

14                   CALIFORNIA NORTHERN DISTRICT

15

| CHRISTOPHER J. VERBIL, | Case No. 5:19-cv-03812-NC |
|---|---|
| 16           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| 18      vs. | |
| 19 MESA AIRLINES, INC., | Complaint Filed: June 30, 2019 |
| 20           Defendant. | Judge:  Hon. Nathanael M. Cousins |

21

22

23

24

25

26

27

28

# STIPULATION FOR DISMISSAL

WHEREAS, the Parties have agreed that their dispute shall be resolved via binding private arbitration;

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above entitled action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.

IT IS SO STIPULATED.

DATED:  September 30, 2019        VENTURA HERSEY & MULLER LLP


                                 By:   /s/ Daniel J. Muller
                                       Daniel J. Muller
                                       *Attorneys for Plaintiff Christopher J. Verbil*


DATED:  September 30, 2019        QUARLES & BRADY LLP


                                 By:   /s/ James Y. Wu
                                       James Y. Wu
                                       *Attorneys for Defendant Mesa Airlines, Inc.*


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  September 30, 2019

_____
Hon. Nathanael ~~~~~~~~~~~~~~~~~~

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRANTED

Judge Nathanael M. Cousins

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE